UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:05-CV-00989-JAB-PTS

| | |
|---|---|
| AMERICAN DECORATIVE FABRICS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN CENTURY HOME FABRICS, ) <br> INC., ) <br> ) <br> Defendant. ) <br> ) | **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiff in this action, through its undersigned counsel of record, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action, including all claims, shall be, and the same hereby is, dismissed WITH PREJUDICE. Each party shall bear its own costs.

This the 21st day of August, 2006.

SO STIPULATED:

/s/ Pressly M. Millen
Pressly M. Millen
N.C. State Bar No. 16178

OF COUNSEL:

WOMBLE CARLYLE SANDRIDGE & RICE,
*a Professional Limited Liability Company*
150 Fayetteville Street Mall, Suite 2100
Post Office Box 831
Raleigh, North Carolina 27602
Telephone: (919) 755-2135
Facsimile: (919) 755-6067
E-mail: pmillen@wcsr.com

COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

**Attorneys for Plaintiff**
**AMERICAN DECORATIVE FABRICS LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on August 21, 2006, I electronically filed the **Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Daniel Katzenbach at dgk@cshlaw.com .

                            /s/ Pressly M. Millen
                            Pressly M. Millen, NCSB: 16178
                            **Attorney for Plaintiff**