UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Civil Action No.: 1:05-CV-00989-JAB-PTS

| | |
|---|---|
| AMERICAN DECORATIVE FABRICS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| AMERICAN CENTURY HOME FABRICS, INC., | ) ) ) |
| Defendant. | ) |

## CONSENT TO STIPULATION FOR DISMISSAL

The defendant, through counsel, pursuant to Rule 41(a)(1) of the North Carolina Federal Rules of Civil Procedure, consents to the original Stipulation for Dismissal that was filed on August 21, 2006.

This the 31st day of August, 2006.

        **CRANFILL, SUMNER & HARTZOG, L.L.P.**

        Consented to:

  BY:  /s/ Daniel G. Katzenbach
        DANIEL G. KATZENBACH
        State Bar No. 24342
        Attorneys for Defendant
        Post Office Box 27808
        Raleigh, North Carolina 27611-7808
        Telephone: (919) 828-5100
        Facsimile: 919-828-2277
        Email: dgk@cshlaw.com

# CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that in addition to serving a copy of the foregoing pleading through the Court's ECF system, a copy of the foregoing pleading was served on the following parties to this action by: ( ) Federal Express ( ) hand delivery (X) by depositing a copy of the same in the United States Mail postage prepaid and addressed to:

**Attorneys for Plaintiff**
Pressly M. Millen
Womble Carlyle Sandridge & Rice, PLLC
P.O. Box 831
Raleigh, NC 27602

Richard S. Mandel
Cowan, Liebowitz & Latman, PC
1133 Avenue of the Americas
New York, NY 10036-6799

This the 31st day of August, 2006.

**CRANFILL, SUMNER & HARTZOG, L.L.P.**

BY: /s/ Daniel G. Katzenbach
DANIEL G. KATZENBACH
State Bar No. 24342
Attorneys for Defendant
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: (919) 828-5100
Facsimile: 919-828-2277
Email: dgk@cshlaw.com